IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02646-EWN-PAC

DONNA L. AHRENS,

      Plaintiff(s),

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, and
PULMONARY DATA SERVICES, INC., a subsidiary of Ferraris Respiratory, Inc.,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

Due to the parties' advisement that this case has settled, IT IS HEREBY

**ORDERED** that Defendant Pulmonary Data Services, Inc.'s Motion to Limit Discovery [filed April 13, 2006; Doc. No. 18] and the Joinder in Motion to Limit Discovery [filed April 28, 2006; Doc. No 20] are **denied as moot.**

It is further **ORDERED** that the Stipulated Motion to Vacate Hearing on Discovery [filed May 1, 2006; Doc. No. 22] is GRANTED.

IT IS **FURTHER ORDERED** that all deadlines in the Scheduling Order are VACATED and the Settlement Conference set for May 17, 2006, the Preliminary Pretrial Conference set for July 11, 2006, and the motions hearing set for May 3, 2006 are VACATED.

IT IS FURTHER **ORDERED** that the stipulation for dismissal is due by **May 16, 2006.**

Dated:  May 3, 2006