## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02646-EWN-PAC

DONNA L. AHRENS,

    Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA and PULMONARY DATA SERVICES, INC., a subsidiary of FERRARIS RESPIRATORY, INC.,

    Defendant.

# ORDER OF DISMISSAL WITH PREJUDICE

    Based upon the parties' Stipulated Motion for Dismissal With Prejudice, the Court hereby ORDERS that this action is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

    Dated: May 11, 2006

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Court Judge